[No. 34444-7-I.    Division One.    December 30, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. DIANE RIORDAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-6-01427-3, Larry A. Jordan, J., entered Sep-

tember 17, 1993. *Affirmed* by unpublished opinion per Agid, J., concurred in by Pekelis, C.J., and Becker, J.